JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6982
    Facsimile: (415) 436-7234
    E-mail: waqar.hasib@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR-05-00594-VRW |
| ) | |
|     Plaintiff, ) | ~~[PROPOSED]~~ ORDER AND |
| ) | STIPULATION EXCLUDING TIME |
|     v. ) | FROM JANUARY 10, 2008, TO APRIL 10, |
| ) | 2008, FROM THE SPEEDY TRIAL ACT |
| STEFAN WATHNE, ) | CALCULATION (18 U.S.C. § |
| a/k/a Gunner Stefan MOLLER ) | 3161(h)(8)(A)) |
| ) | |
|     Defendant. ) | |
| ) | |

    On January 10, 2008, the parties appeared before the Honorable Edward M. Chen for the defendant's arraignment in the above-referenced case. On February 7, 2008, the parties appeared before the Honorable Vaughn R. Walker for an initial appearance and status conference.  At that appearance, the Court set a schedule for the filing of discovery motions, and scheduled a motion hearing for April 10, 2008. The Court further instructed the government to prepare a proposed order, with the defendant's consent, excluding time from the Speedy Trial Act calculation from January 10, 2008, through April 10, 2008, for effective preparation of counsel.

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b),

1 | from January 10, 2008, through April 10, 2008.

2 |   The parties agree, and the Court finds and holds, as follows:

3 |   1. The defendant is out of custody.

4 |   2. The defendant agrees to an exclusion of time under the Speedy Trial Act from January 10, 2008, through April 10, 2008, based upon the need for effective preparation of counsel to review several compact discs containing discovery materials and file motions for further discovery, and based upon the fact that the case involves a number of complex international legal issues. The defendant agrees to this exclusion on the condition that his right to bring motions claiming Speedy Trial Act violations prior to January 10, 2008, shall remain preserved.

  3. Counsel for the defense believes that the exclusion of time is in her client's best interest.

  4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from January 10, 2008, through April 10, 2008, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

  5. Accordingly, and with the consent of the defendant, the Court orders the period from January 10, 2008, through April 10, 2008, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: February 12, 2008    /s/ Cristina Arguedas
              CRISTINA ARGUEDAS
              Attorney for Defendant

DATED: February 13, 2008    /s/ S. Waqar Hasib
              S. WAQAR HASIB
              Assistant United States Attorney

IT IS SO ORDERED.

DATED: February 15, 2008

HON. VAUGHN R. WALKER
United States District Judge

