1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2  BRIAN J. STRETCH(CABN 163973)
3  Chief, Criminal Division

4  S. WAQAR HASIB (CABN 234818)
   waqar.hasib@usdoj.gov
5  Assistant United States Attorney

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-6844
      FAX: (415) 436-7234
8
   Attorneys for Plaintiff
9

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. [05-00594-VRW] |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER FOR EXTENSION OF TIME |
| v. ) | |
| Stefan WATHNE ) | |
| a/k/a Gunnar Stefan MOLLER, ) | |
| Defendant. ) | |

At the government's request, the parties hereby stipulate and request an order granting the government an additional two weeks, until April 3, 2008, by which to respond to the defendant's motion for discovery. As grounds, the government represents that the defendant's motion is much longer than undersigned counsel anticipated, over 300 pages including exhibits, and raises several complex legal issues. In addition, as advised during a status conference, counsel for the government will be out of the country from March 6, 2008, until March 16, 2008 on a personal trip that was planned before these matters were scheduled by the Court. The government expects that the additional two weeks will allow for sufficient time to prepare a thorough and complete response to the defendant's motion.

[STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME]

1  The parties agreed via e-mail on March 4, 2008, to this two-week extension.  The parties
2  further agree that the defendant will have until April 17, 2008, to file a reply.  The parties further
3  request this Court to schedule a hearing on this matter on May 1, 2008, after all papers have been
4  submitted, or on another date at the Court's convenience.

5  DATED: March 4, 2008                    Respectfully submitted,

6                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
7

8
                                            /s/ S. Waqar Hasib
9                                           S. WAQAR HASIB
                                            Assistant United States Attorney
10
                                            Agreed to by:
11
                                            /s/ Cristina C. Arguedas (by S. Waqar Hasib)
12                                          CRISTINA C. ARGUEDAS
                                            Counsel for defendant STEFAN WATHNE
13

14  SO ORDERED.

15  DATED:  March 6, 2008                   _____
16                                          HON. VAUGHN R. WALKER
                                            Chief United States District Judge
17                                          Northern District of California



18
19
20
21
22
23
24
25
26
27
28

[STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME]