JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
Assistant United States Attorney

  450 Golden Gate Ave., Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6982
  Facsimile: (415) 436-7234
  E-mail: waqar.hasib@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR-05-00594-VRW |
| Plaintiff, | ) ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME |
| v. | ) ) | FROM APRIL 10, 2008, THROUGH AUGUST 21, 2008, FROM THE SPEEDY |
| STEFAN WATHNE, a/k/a Gunner Stefan MOLLER | ) ) ) | TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A)) |
| Defendant. | ) ) | |

On May 1, 2008, the parties appeared before the Honorable Vaughn R. Walker, Chief United States District Court Judge, for a hearing on motions for discovery filed by the defendant. At that hearing, the Court denied the defendant's motions without prejudice, set a schedule for the filing of further motions, and scheduled a further motion hearing for August 21, 2008. The Court also instructed the government to prepare a proposed order, with the defendant's consent, excluding time from the Speedy Trial Act calculation through August 21, 2008.

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b),

from April 10, 2008, through August 21, 2008.

The parties agree, and the Court finds and holds, as follows:

1. The defendant is out of custody.

2. This Court had previously ordered the period from January 10, 2008, through April 10, 2008, excludable under the Speedy Trial Act, based on the need for effective preparation of counsel to review discovery and file motions for further discovery.

3. The defendant agrees to a further exclusion of time under the Speedy Trial Act from April 10, 2008, through August 21, 2008.. The defendant agrees that the period from April 10, 2008, through the conclusion of the hearing on May 1, 2008, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(F). The defendant further agrees that the period from May 2, 2008, through July 3, 2008, the date by which the defendant has agreed to file any motions to dismiss, is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A), based upon the need for effective preparation of counsel to prepare said motions to dismiss. The defendant further agrees that the period from July 4, 2008, through the conclusion of the hearing on August 21, 2008, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(F). The defendant agrees to this exclusion on the condition that his right to bring motions claiming speedy trial violations prior to January 10, 2008, shall remain preserved.

3. Counsel for the defendant believes that the exclusion of time is in her client's best interest.

4. Given these circumstances, the Court finds that the time from April 10, 2008, through May 1, 2008, and the time from July 4, 2008, through August 21, 2008, is excludable time resulting from the filing of pretrial motions. 18 U.S.C. § 3161(h)(1)(F). The Court further finds that the ends of justice served by excluding the period from May 2, 2008, through July 3, 2008, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court orders the period from April 10, 2008, through August 21, 2008, shall be excluded from Speedy Trial Act calculations

///

1  under 18 U.S.C. § 3161(h)(1)(F) & (h)(8)(A).

2  STIPULATED:

3

4  DATED: May 8, 2008            /s/ Cristina C. Arguedas
                                 CRISTINA C. ARGUEDAS
5                                Attorney for Defendant

6
   DATED: May 8, 2008            /s S. Waqar Hasib
7                                S. WAQAR HASIB
                                 Assistant United States Attorney
8

9  IT IS SO ORDERED.

10

11 DATED: May 9, 2008

                                 HON. VAUGHN R. WALKER
12                               Chief United States District Judge

3