1  Cristina C. Arguedas (CSB 87787)
   ARGUEDAS, CASSMAN & HEADLEY
2  803 Hearst Avenue
   Berkeley, CA 94710
3  Telephone:  (510) 845-3000
   Facsimile:  (510) 845-3003
4
   Karen L. Snell
5  Attorney at Law
   102 Buena Vista Terrace
6  San Francisco, CA 94117
   Telephone:  (415) 225-7592
7  Facsimile:  (415) 487-0748

8  Attorneys for Defendant Stefan Wathne

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13 UNITED STATES OF AMERICA,           )  Case No. CR 05-00594-VRW
                                        )
14         Plaintiff,                   )
       v.                               )  STIPULATION AND [PROPOSED] ORDER
15                                      )  CONTINUING HEARING AND BRIEFING
   STEFAN WATHNE,                       )  DATES
16                                      )
           Defendant.                   )
17 _____)

18

19     The parties to the above-entitled action hereby stipulate and respectfully move the Court

20 to continue the hearing currently scheduled for January 21, 2009 at 10:00 a.m., to ~~February 25,~~ Feb. 26

21 2009 at ~~10:00 a.m.~~ 2:00P.M., or as soon thereafter as the matter may be heard, on the ground that the

22 parties are engaged in settlement discussions and believe that additional time would be beneficial

23 to that end. The parties further stipulate and respectfully move the Court to vacate the briefing

24 dates currently set and order briefing as follows:  Defendant's brief shall be due December 22,

25 2008; the Government's brief shall be due January 19, 2009; and Defendant's reply brief shall be

26 due February 9, 2009.

27

28

   STIPULATION AND PROPOSED ORDER

```
 1
 2
 3
 4
 5  _____          Dated: 11/10/08
    Karen L. Snell
 6  On Behalf of Defendant Stefan Wathne
 7
 8
 9  _____          Dated: 11/12/08
    S. Waqar Hasib
10  Assistant United States Attorney
    On Behalf of the United States
11
        It is so ORDERED.
12
13
14                                           Dated: 11/13/2008
    Chief Judge Vaughn R. Walker
15  United States District Court
16
17       IT IS SO ORDERED
            AS MODIFIED
18         Judge Vaughn R Walker
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER                                          2
```