Cristina C. Arguedas (CSB 87787)
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

Karen L. Snell
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748

Attorneys for Defendant Stefan Wathne

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> STEFAN WATHNE, <br><br> Defendant. | Case No. CR 05-00594-VRW <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING DATES |

The parties to the above-entitled action hereby stipulate and respectfully move the Court to continue the dates for filing briefs related to the hearing currently scheduled for February 26, 2009 at 2:00 p.m. The parties are engaged in settlement discussions and believe that additional time would be beneficial to that end. The parties move the Court to vacate the briefing dates currently set and order briefing as follows: Defendant's brief shall be due January 22, 2008; the Government's brief shall be due February 5, 2009; and Defendant's reply brief shall be due February 12, 2009. The hearing date, ~~previously set by the Court for February 26, 2009 at 2:00 p.m., shall remain the same.~~ is set for March 19, 2009 at 2:00 PM.

STIPULATION AND PROPOSED ORDER

*[signature: Karen L. Snell]*     Dated: 12-21-08
Karen L. Snell
On Behalf of Defendant Stefan Wathne

*[signature]*     Dated: 12/22/08
S. Waqar Hasib
Assistant United States Attorney
On Behalf of the United States

It is so ORDERED.

_____     Dated: December 29, 2008
Chief Judge Vaughn R. Walker
United States District Judge

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Vaughn R Walker]*

STIPULATION AND PROPOSED ORDER     2