Cristina C. Arguedas (CSB 87787)
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Facsimile: (510) 845-3003

Karen L. Snell
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748

Attorneys for Defendant Stefan Wathne

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 05-00594-VRW |
| ) | |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING BRIEFING DATES |
| STEFAN WATHNE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

     The parties to the above-entitled action hereby stipulate and respectfully move the Court to continue the dates for filing briefs related to the hearing currently scheduled for March 19, 2009 at 2:00 p.m. The parties are engaged in settlement discussions and believe that additional time would be beneficial to that end. The parties move the Court to vacate the briefing dates currently set and order briefing as follows: Defendant's brief shall be due February 12, 2008; the Government's brief shall be due February 26, 2009; and Defendant's reply brief shall be due March 12, 2009. The hearing date previously set by the Court shall remain the same. Defendant has conferred with the government, and the government agrees.

STIPULATION AND PROPOSED ORDER

/s/ Karen L. Snell                                    Dated: January 15, 2009
Karen L. Snell
On Behalf of Defendant Stefan Wathne


/s/ S. Waqar Hasib                                   Dated: January 15, 2009
S. Waqar Hasib
Assistant United States Attorney
On Behalf of the United States


It is so ORDERED.

GRANTED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Dated: 1/21/2009

_____
Chief Judge
United States District Court

STIPULATION AND PROPOSED ORDER                                        2