Cristina C. Arguedas (CSB 87787)
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Telephone:    (510) 845-3000
Facsimile:    (510) 845-3003

Karen L. Snell
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone:    (415) 225-7592
Facsimile:    (415) 487-0748

Attorneys for Defendant Stefan Wathne

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05-00594-VRW |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING DATES |
| STEFAN WATHNE, | |
| Defendant. | |

The parties to the above-entitled action hereby stipulate and respectfully move the Court to continue the hearing and briefing dates in this matter. The parties request that the hearing currently scheduled for March 19, 2009 at 2:00 p.m. be postponed to May 7, 2009, or as soon thereafter as the matter may be heard. The parties request that the briefing dates currently set be vacated and that briefing proceed pursuant to the time line set forth in Civil Local Rules 7-2 and 7-3.

Karen L. Snell                    Dated:  2/10/09
Karen L. Snell
On Behalf of Defendant Stefan Wathne

STIPULATION AND PROPOSED ORDER

1

2

Dated: 2/10/09

3  S. Waqar Hasib
   Assistant United States Attorney
4  On Behalf of the United States

5

6            PURSUANT TO STIPULATION IT IS SO ORDERED.

7

8                                    Dated: 2/11/09

   Chief Judge Vaughn R. Walker
9  United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER                                    2